OHIO BUREAU OF WORKERS' COMPENSATION, APPELLANT,
v. MCKINLEY ET AL., APPELLEES.

[Cite as *Ohio Bur. of Workers' Comp. v. McKinley*,
143 Ohio St.3d 370, 2015-Ohio-2927.]

(No. 2014–0795—Submitted June 23, 2015—Decided July 23, 2015.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

KENNEDY and FRENCH, JJ., dissent.

---

Mike DeWine, Attorney General, Eric E. Murphy, State Solicitor, and Stephen P. Carney and Matthew R. Cushing, Deputy Solicitors, and Bradley R. Glover and Lee M. Smith, Lee M. Smith and Associates, for appellant.

Patrick Kasson, Gregory Brunton, and Melvin Davis, Reminger Co., L.P.A., for appellee Heritage–WTI, Inc.